## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IDEATIVE PRODUCT VENTURES, INC., § § Plaintiff, § § VS. § HEWLETT-PACKARD COMPANY, § § Defendant. § | Civil Action No. JURY DEMANDED |

### PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, Ideative Product Ventures, Inc. ("Ideative"), files this complaint against Defendant, Hewlett-Packard Company ("Hewlett-Packard").

### I.  INTRODUCTION

1. Ideative asserts Hewlett-Packard has infringed one or more claims of a United States Patent and therefore, seeks monetary damages and permanent injunctive relief.

### II.  THE PARTIES

2. Ideative is a corporation that is organized and exists pursuant to the laws of Texas. Ideative's principal place of business is in Carrollton, Denton County, Texas.

3. Hewlett-Packard is a foreign for-profit corporation that is organized and exists pursuant to the laws of Delaware. Hewlett-Packard's principal place of business is in Palo Alto, California.

## III.  JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the United States Patent Act, 35 U.S.C. §1, *et seq*.  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331 and 1338.

5. This Court has general personal jurisdiction over Hewlett-Packard because it has maintained systematic and continuous business contacts with the State of Texas.  Additionally, this Court has specific personal jurisdiction over Hewlett-Packard because it has committed acts of patent infringement in the State of Texas by offering for sale and selling products that infringe one or more claims of a United States Patent owned by Ideative.

6. Hewlett-Packard is authorized to do business in the state of Texas and may be served by delivering a true and correct copy of this complaint and a summons to its registered agent for service of process:  CT Corporation, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

7. This Court is a proper venue for this case pursuant to 28 U.S.C. §1391 because Hewlett-Packard has committed acts of infringement in this District and Division.

## IV.  FACTS

8. On February 24, 2009, United States Patent Number 7,494,343 B2 (the "'343 Patent") entitled "Multiple Degrees Of Freedom Connectors And Adapters" was duly issued to Ideative, as assignee of the inventor, Schriefer.  A true and correct copy of the '343 Patent is attached to this complaint as Exhibit A.

10. Hewlett-Packard offers for sale and sells in Texas and throughout the world one or more devices, including its HP USB Swivel Extender, that infringe one or more claims of the '343 Patent.

## V. CAUSE OF ACTION

### COUNT I
**(Infringement of U.S. Patent No. 7,494,343 B2)**

11. Ideative incorporates the allegations of paragraphs 1 through 10 as if fully reproduced herein.

12. The '343 Patent is valid and enforceable.

13. Ideative owns all right, title and interest in and to the '343 Patent.

14. Hewlett-Packard, thought its importation, manufacture, offering for sale, sale, and use of the HP USB Swivel Extender in the United States, has infringed and continues to infringe one or more claims of the '343 Patent.

15. As a direct result of Hewlett-Packard's infringement, Ideative has incurred and will continue to incur damages, irreparable harm, and impairment of its patent rights.

16. Ideative is entitled to recover from Hewlett-Packard the damages sustained by Ideative as a result of Hewlett-Packard's wrongful acts in an amount to be proven at trial.

## VI.	PRAYER

For the foregoing reasons, Plaintiff, Ideative, requests that Defendant be cited to answer herein and that, upon hearing hereof, the Court award the following relief:

a.	Entering judgment in favor of Ideative;

b.	Awarding damages in an amount to be determined at trial;

c.	Enjoining the Defendant from any further infringement of Ideative's Patents;

d.	Awarding Ideative its costs incurred in connection with the prosecution of its claims; and

e.	Awarding Ideative any and all other relief to which it may be entitled.

Dated:  January 13, 2014                    Respectfully Submitted,

By: *s/James E. Davis*
**JAMES E. DAVIS**
State Bar No. 05504200
**KLEMCHUK KUBASTA, L.L.P.**
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
(214) 367-6000 - Telephone
(214) 367-6001 – Facsimile
jim.davis@kk-llp.com
docketing_kkllp@me.com

**ATTORNEYS FOR PLAINTIFF**